# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

Tasha Martin
**Plaintiff**

Jamie Martin
**Plaintiff**

-VS-

Impact Health
**Defendant**

23-02497

SECT.B MAG.2

## PRO SE DISCRIMINATION/RETAILATION COMPLAINT

COMES NOW the plaintiff(s) Jamie Martin and Tasha Martin through the undersigned and unto this Honorable Court, most respectfully states.

1. That the plaintiff (s) Tasha Martin, is of legal age, African American, and a resident of 14496 airline hwy 423, Gonzales LA 70737 where she can be served with summons and other processes of this Honorable Court.
2. That the plaintiff (s) Jamie Martin, is of legal age, African American, and a resident of 14496 airline hwy, 232, Gonzales LA 70737 where she can be served with summons and other processes of this Honorable Court.
3. That the plaintiff Tasha Martin is a medical professional with over fifteen years of medical experience, having worked for Impact Health with her co-worker and relative Jamie Martin for two years at different sites.
4. That the plaintiff Jamie Martin is a medical professional with over fifteen years of medical experience, having worked for Impact Health with her co-worker and relative, Tasha Martin for two years as a lead for Impact Health.
5. That the defendant, Impact Impact Health is a healthcare company in Pennsylvania with principal address at 1016 W 9th Ave, King of Prussia, PA 19406
6. That both parties have the capacity to sue and be sued.
7. That said Impact Health is a healthcare company that employs medical professionals to screen clients at various sites.
8. That the plaintiff(s) Jamie Martin and plaintiff(s) Tasha Martin worked for a year alongside each other in New Orleans LA for Impact Health screening for client Vikand in 2021.

TENDERED FOR FILING

JUL 1 1 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

9. That the plaintiff(s) Jamie Martin and plaintiff(s) Tasha Martin in December 2021 started working in Boise ID at Micron facility after the season ended for working with Vikand in New Orleans LA.
10. That defendant, Impact Health never questioned plaintiff(s) Jamie Martin and Tasha Martin about mileage, travel time, or parking receipts while working many sites together.
11. That the defendant, Impact Health employee Megan Sears, program manager asked plaintiff Jamie Martin to return as her lead for Vikand in New Orleans LA on 2/14/2022.
12. That the plaintiff Jamie Martin politely declined the position.
13. That the defendant Impact Health employee Megan Sears, program manager asked plaintiff Tasha Martin the next day on 2/15/2022 to come back to New Orleans La to work for Vikand. The plaintiff Tasha Martin politely declined.
14. That the defendant Impact Health employee Megan Sears program manager did not know plaintiff(s) Jamie Martin and plaintiff(s) Tasha Martin was working in Boise ID at Micron facility.
15. That the defendant Impact Health employees David Jackson accused plaintiff(s) Jamie Martin and Tasha Martin on 3/8/22 by email of using the same parking ticket, recording the same mileage, living at the same address, and carpooling.
16. That the defendant Impact Health employee David Jackson tagged Caitlin Shook and Joey Richardson. The defendant Impact Health employee David Jackson defamed plaintiff(s) Tasha Martin and Jamie Martin character by accusing plaintiff(s) of defrauding the company for money.
17. That the plaintiff(s) Jamie Martin and Tasha Martin felt attacked, accused, and treated unfair.
18. That the defendant Impact Health employee David Jackson created a false character about the plaintiff(s) Tasha Martin and Jamie Martin.
19. That the defendant Impact Health never questioned plaintiff(s) Jamie Martin and Tasha Martin about parking tickets, mileage, travel time since working for them.
20. That the defendant Impact Health within minutes after the email conversation on the app Shiftboard that holds the defendant Impact Health employees shifts plaintiff(s) Jamie Martin and Tasha Martin days were removed.
21. That the defendant Impact Health took two weeks of work from plaintiff(s) Jamie Martin and Tasha Martin.
22. That the defendant Impact Health sent plaintiff(s) Tasha Martin and Jamie Martin home a day early before scheduled departure.
23. That the defendant Impact Health employees had rumors on the job that day on 3/8/22 that plaintiff(s) Jamie Martin and Tasha Martin won't be returning, and our days will be taken away with no reason to why.
24. That the plaintiff(s) Jamie Martin and Tasha Martin contacted defendant Impact Health employees Tina Llyod, Barbara Gedeon, Megan Sears, HR, and others asking why our days were taken.

25. That the defendant Impact Health employee never stated plaintiff(s) Tasha Martin and Jamie Martin were fired as stated by defendant Impact Health attorney(s) Parker E. Thoeni and Evan L. Conder in position statement dated 12/15/2022 to EEOC.
26. That the plaintiff(s) Jamie Martin and Tasha Martin believed they were That the plaintiff Jamie Martin feared that after the text from the defendant Megan Sears on 2/14/22 and turning down the job in New Orleans LA that the defendant Impact Health employee Megan Sears will find a way to get her and plaintiff Tasha Martin off the site at Micron facility in Boise ID.
27. That the plaintiff Tasha Martin and plaintiff Jamie Martin were known for being extremely hard workers, working long hours, even when other call off or went to Oregon indulging in illegal activities while on the job.
28. That the defendant Impact Health had favoritism with some of their employees who had power to remove other workers off the job or get away with more than others.
29. That the plaintiff(s) Jamie Martin and Tasha Martin work hard, stayed out the way, followed the rules, and did their job accurately and efficiently was not enough for defendant Impact Health in their employee.
30. That the plaintiff(s) Jamie Martin and Tasha Martin career was affected, lost of monies, character was defamed, going through mental health because of false accusations and betrayal by defendant Impact Health.
31. That the plaintiff Tasha Martin is asking in relief for pain and suffering, damage to reputation, emotional distress, anxiety the sum of 2.2 million dollars.
32. That the plaintiff Jamie Martin is asking for in relief for pain and suffering, damage to reputation, emotional distress, anxiety the sum of 2.5 million dollars.


X _____
TASHA MARTIN

X _____
JAMIE MARTIN

**LAEDdb_ProSeDocs**

| | |
|---|---|
| From: | shantell martin <martinshantell@yahoo.com> |
| Sent: | Tuesday, July 11, 2023 7:26 PM |
| To: | LAEDdb_ProSeDocs |
| Subject: | URGENT |
| Attachments: | 20230711165751.pdf |

**CAUTION - EXTERNAL:**

Sent from Yahoo Mail for iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1